CRAIG L. CHISVIN, Esq. SBN 191825
craig@chisvinlaw.com
CHISVIN LAW GROUP, APC
11400 Olympic Boulevard, Suite 200
Los Angeles, CA 90064
Telephone: 310.820.4488
Facsimile: 310.820.8485

Attorney for Plaintiff
LOLA LOVETT

JUDY M. IRIYE, Bar No. 211360
jiriye@littler.com
RACHAEL LAVI, Bar No. 294443
rlavi@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
Telephone: 310.553.0308
Facsimile:  310.553.5583

Attorneys for Defendant
STARBUCKS CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOLA LOVETT, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>STARBUCKS CORPORATION, a Washington Corporation; and DOES 1 to 50, Inclusive,<br><br>　　　　　　Defendant. | Case No.  2:19-cv-07159-DSF-E<br><br>**JOINT STIPULATION AND REQUEST FOR DISMISSAL PURSUANT TO FED.  R. CIV. P. 41(a)** |

IT IS HEREBY STIPULATED between Plaintiff LOLA LOVETT and Defendant STARBUCKS CORPORATION, by and through their respective attorneys of record, that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) as to all parties: (1) Plaintiff's claims in the above referenced action, be DISMISSED WITH PREJUDICE. The parties further stipulate that each party shall bear its own attorney's fees and costs.

**IT IS SO STIPULATED.**

Dated: February 14, 2020

*/s/ Rachael Lavi* _____
JUDY M. IRIYE
RACHAEL LAVI
LITTLER MENDELSON, P.C.
Attorneys for Defendant

Dated: February 14, 2020

*/s/ Craig L. Chisvin* _____
CRAIG L. CHISVIN
CHISVIN LAW GROUP, APC
Attorney for Plaintiff

_____

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: February 14, 2020

/s/ *Rachael Lavi*
JUDY M. IRIYE
RACHAEL LAVI
LITTLER MENDELSON, P.C.
Attorneys for Defendant