JS-6

CRAIG L. CHISVIN, Esq. SBN 191825
craig@chisvinlaw.com
CHISVIN LAW GROUP, APC
11400 Olympic Boulevard
14th Floor
Los Angeles, CA 90064
Telephone: 310.820.4488
Facsimile: 310.820.8485

Attorney for Plaintiff
LOLA LOVETT

JUDY M. IRIYE, Bar No. 211360
jiriye@littler.com
RACHAEL LAVI, Bar No. 294443
rlavi@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
Telephone: 310.553.0308
Facsimile:  310.553.5583

Attorneys for Defendant
STARBUCKS CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOLA LOVETT, an individual,<br><br>        Plaintiff,<br><br>   v.<br><br>STARBUCKS CORPORATION, a Washington Corporation; and DOES 1 to 50, Inclusive,<br><br>        Defendant. | Case No.  2:19-cv-07159-DSF-E<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

# ORDER

The Joint Stipulation for Dismissal with Prejudice, submitted by Plaintiff LOLA LOVETT and Defendant STARBUCKS CORPORATION, is approved.

IT IS ORDERED THAT: the entire action, including all claims stated herein against all parties, is hereby dismissed with prejudice, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(2); and the Parties are to bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: February 14, 2020

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

4851-2924-5363.1 055187.1113